In re Petition for DISCIPLINARY ACTION AGAINST Allison Wiles Maxim CARLSON, a Minnesota Attorney, Registration No. 353784.

No. A13–1091.

Supreme Court of Minnesota.

July 11, 2013.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Allison Wiles Maxim Carlson committed professional misconduct, namely, falsely posing as a former client of opposing counsel and posting a negative review about opposing counsel on a website, in violation of Minn. R. Prof. Conduct 4.4(a) and 8.4(c).

Respondent waives her procedural rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR), and unconditionally admits the allegations of

the petition for disciplinary action. The parties jointly recommend that the appropriate discipline is a public reprimand.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Respondent Allison Wiles Maxim Carlson is publicly reprimanded; and

2. Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

BY THE COURT:

/s/_____

Alan C. Page
Associate Justice